IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSEPH P. LOPEZ, MATTHEW BERG,
STEVEN BERG, and TORRANCE GARRETT,

    Plaintiffs,

v.                    No. 13-cv-1108 JCH/SMV

PEAK PROP. & CAS. INS. CORP.,

    Defendant.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    April 7, 2014, at 2:00 p.m.

**Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for **April 7, 2014, at 2:00 p.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall be prepared to discuss the status of discovery and choose a date on which to conduct a settlement conference. Parties are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

                                        **STEPHAN M. VIDMAR**
                                        **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.