## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**JOSEPH P. LOPEZ, MATTHEW BERG,**
**STEVEN BERG, and TORRANCE GARRETT,**

**Plaintiffs,**

**v.**                                                      **No. 13-cv-1108 JCH/SMV**

**PEAK PROP. & CAS. INS. CORP.,**

**Defendant.**

### ORDER TO FILE CLOSING DOCUMENTS

THIS MATTER is before the Court on telephonic notification by Plaintiffs' counsel that the parties have reached a settlement in this case.

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **August 6, 2014**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____

**STEPHAN M. VIDMAR**
**United States Magistrate Judge**